UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CARLOS PLUMMER,

Plaintiff,

v.

J. BEWORSKI, et al.,

Defendants.

Case No.: 2:26-cv-02883-RFB-EJY

**ORDER**

On September 11, 2026, pro se plaintiff Carlos Plummer, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. ECF No. 1. Plaintiff did not file a complaint, which he must do in order to commence an action in federal court.

**I. DISCUSSION**

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. The complaint must be signed by the unrepresented party. Fed. R. Civ. P. 11(a).

**II. CONCLUSION**

Accordingly, and for the reasons stated above,

IT IS HEREBY ORDERED that, no later than **October 16, 2026**, Plaintiff must submit a signed complaint on the Court forms.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint together with the instructions for doing the same.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this Order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED this 16th day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE